UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PARTI STARKS,<br><br>                    Plaintiff,<br><br>         -against-<br><br> METROPOLITAN TRANSPORTATION<br> AUTHORITY,<br><br>                    Defendant. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED:  3/15/2021<br><br><br>1:20-cv-09569-MKV<br><br>ORDER |

MARY KAY VYSKOCIL, United States District Judge:

On March 4, 2021, Defendant filed a letter requesting a pre-motion conference in connection with its anticipated motion to dismiss.  [ECF No. 9.]  Plaintiff filed a letter in response advising the Court that she will amend her Complaint and requesting a timeframe within which to do so.  [ECF No. 13.]

Accordingly, IT IS HEREBY ORDERED that insofar as leave is required for Plaintiff to file an amended complaint, such leave is GRANTED.  It is in the interest of judicial economy for Plaintiff to amend now rather than in response to Defendant's anticipated Rule 12(b) motion.  *See* Fed. R. Civ. P. 15(a)(1)(B).  Plaintiff shall file an amended complaint on or before April 6, 2021.

**SO ORDERED.**

**Date:  March 15, 2021**                    MARY KAY VYSKOCIL
       **New York, NY**                    **United States District Judge**