UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PARTI STARKS,

                    Plaintiff,

-against-

METROPOLITAN TRANSPORTATION
AUTHORITY,

                    Defendant.
-----------------------------------------------------------X

20 **CIVIL** 9569 (MKV)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 17, 2022, Plaintiff cannot maintain a Title VII lawsuit against the MTA because her underlying EEOC charge was not timely filed. She also alleges insufficient facts to plausibly support a claim that the MTA acted with a discriminatory intent when it failed to promote her to Sergeant. As such, for the foregoing reasons, Defendant's Motion to Dismiss is GRANTED and Plaintiffs' Amended Complaint is DISMISSED with prejudice and leave to amend is DENIED; accordingly, the case is closed.

**Dated:** New York, New York

       March 17, 2022

                                                            **RUBY J. KRAJICK**

                                                              **Clerk of Court**

**BY:**

                                                            **Deputy Clerk**